IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARCIA SCOTT and AARON BLAKE, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHCREST FINANCIAL GROUP, INC., <br><br> Defendant. | CIVIL ACTION NO. 1:15-CV-00137-LMM |

**JOINT MOTION TO APPROVE SETTLEMENT AND FILE SETTLEMENT AGREEMENT UNDER SEAL**

COME NOW Plaintiffs Starcia Scott and Aaron Blake and Defendant SouthCrest Financial Group, Inc. (collectively, the "Parties"), by and through their undersigned counsel, and jointly move that the Court approve the Parties' settlement in accordance with applicable law and grant leave to file the Settlement Agreement under seal. In support of this Motion, the Parties submit the accompanying Memorandum of Law and incorporate it herein by reference. For the Court's convenience, a proposed order granting this Motion is being submitted concurrently herewith.

The Parties also request that the Court retain jurisdiction over this matter until the amounts agreed upon in the Settlement Agreement are paid. The Parties anticipate payment will be made with fifteen (15) business days after Court approval. Within three (3) business days after payment, Plaintiff will file a dismissal *with prejudice*, with each side to bear their own costs, expenses, and attorneys' fees, except as otherwise provided in the Parties' Settlement Agreement.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and enter the Proposed Order: (1) approving the Parties' settlement; and (2) granting leave to file the Settlement Agreement under seal.

Respectfully submitted this 21st day of May, 2015.

| | |
|---|---|
| */s/ Charles R. Bridgers* | */s/ Julie A. Angelini* |
| Charles R. Bridgers | Jerry C. Newsome |
| Georgia Bar No. 080791 | Georgia Bar No. 541635 |
| charlesbridgers@dcbflegal.com | jnewsome@littler.com |
| Kevin D. Fitzpatrick, Jr. | Julie A. Angelini |
| Georgia Bar No. 262375 | Georgia Bar No. 773931 |
| kevin.fitzpatrick@dcbflegal.com | jangelini@littler.com |
| DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC | LITTLER MENDELSON, P.C. |
| 101 Marietta Street, Suite 3100 | 3344 Peachtree Road N.E., Suite 1500 |
| Atlanta, GA 30303 | Atlanta, GA 30326.4803 |
| Telephone: (404) 979-3150 | Telephone: (404) 233-0330 |
| Facsimile: (404) 979-3170 | Facsimile: (404) 233-2361 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARCIA SCOTT and AARON BLAKE,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHCREST FINANCIAL GROUP, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:15-CV-00137-LMM |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2015, this **JOINT MOTION TO APPROVE SETTLEMENT AND FILE SETTLEMENT AGREEMENT UNDER SEAL** was electronically filed with the Clerk of Court using the CM/ECF system, is available for viewing and downloading from the CM/ECF system, and notice will be sent electronically to the registered participants identified on the Notice of Electronic Filings addressed below:

Charles R. Bridgers
charlesbridgers@dcbflegal.com
Kevin D. Fitzpatrick, Jr.
kevin.fitzpatrick@dcbflegal.com
Matthew W. Herrington
matthew.herrington@dcbflegal.com
Delong Caldwell Bridgers & Fitzpatrick, LLC

3

        3100 Centennial Tower
        101 Marietta Street
        Atlanta, GA 30303

                */s/ Julie A. Angelini*
                Julie A. Angelini
                COUNSEL FOR DEFENDANT